SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Chateau Lang Apartments, LLC<br><br>    Defendants | Case No. 2:11-cv-00842-WBS-KJN<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF CHATEAU LANG APARTMENTS**<br><br>**Case to Remain Open With Remaining Defendants** |

**IT IS SO ORDERED** that Defendant, Chateau Lang Apartments, is hereby dismissed from this action **WITHOUT** prejudice.  Case is to remain open with remaining Defendant.

Date:  December 6, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00842-WBS-KJN- 1