SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-00842-WBS-KJN** |
| Plaintiff, | **AMENDED ORDER RE: REQUEST FOR DISMISSAL OF CHATEAU LANG APARTMENTS, *a California Limited Partnership*** |
| vs. | |
| Chateau Lang Apartments, LLC, et al, | Case to Remain Open with Remaining Defendants |
| Defendants | |

IT IS HEREBY ORDERED THAT Defendant, Chateau Lang Apartments, *a California Limited Partnership* is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant Chateau Lang Apartments, LLC.

Date:     December 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE REQUEST FOR DISMISSAL