SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br>Chateau Lang Apartments, LLC, et al<br><br>  Defendants | Case No. **11-cv-00842-WBS-KJN**<br><br>~~PROPOSED~~ **ORDER RE: REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** |

### ORDER

Pursuant to plaintiff's request, IT IS HEREBY ORDERED THAT the Motion for Default Judgment filed March 5, 2012, is hereby WITHDRAWN, and that the Motion for Default Judgment hearing set for May 3, 2012 at 10am before Magistrate Judge Kendall J. Newman is hereby VACATED.

**Date:  5/2/2012**

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE