SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-00842-WBS-KJN** |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| vs. | ) |
| Chateau Lang Apartments, LLC, et al, | ) |
| Defendants | ) |

IT IS SO ORDERED that the above-entitled action is hereby dismissed without prejudice pursuant Fed. R. Civ. P. Rule 41(a)(2).

Date:   June 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE